[Civ. No. 8373. Second Appellate District, Division Two.—April 19, 1932.]

LOUIS GOODMAN, Petitioner, v. ROBERT DOMINGUEZ, City Clerk, Respondent.

Arthur Brigham Rose and Joseph L. Fainer for Petitioner.

Erwin P. Werner, City Attorney, and Frederick · von Schrader, Assistant City Attorney, for Respondent.

Joseph Scott, H. L. Carnahan, E. J. Fleming, George B. Bush, Walter Casey and R. D. Knickerbocker, *Amici Curiae*, for Respondent.

THOMPSON (IRA F.), J.—■ This case involves the identical questions raised and passed upon in *Rutledge* v. *Dominguez, City Clerk, etc.*, (Civil No. 8375), *ante*, p. 680 [10 Pac. (2d) 1027], and for the reasons stated in the opinion rendered this day therein, the order has been made denying the peremptory writ of mandate with the reservation that this opinion would be later filed.

Works, P. J., and Craig, J., concurred.